IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA HULL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EQUABLE ASCENT FINANCIAL, LLC,<br><br>　　　　　Defendant. | 4:12CV3225<br><br>**JUDGMENT OF DISMISSAL** |

Pursuant to the parties' stipulation for dismissal of this case, (filing no. 17),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against the defendant, Equable Ascent Financial, LLC., are dismissed with prejudice, each party to pay their own costs and attorney fees.

July 17, 2013.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge